IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

DEC - 9 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Plaintiff: Raymond Kim

V.

Defendant: Bible Study Fellowship, Russ Mantzel, Ryan Douglas, Bill Tzetzos, Romana Bishop, Rick Mazur, Susie Rowen, Cindy Lenard.

Case No. 5-22-CV-01142-FB-RBF

Response to show case

I paid $402.00 filing fee.

[signature]
12/9/22