**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adu

Postmark
Here

Postag

$
**Total F**

$
*Sent T*

Raymond Kim
123 Arrow Oaks
San Antonio, TX 78249

*Street*

SA-22-CV-1142-FB, DOC #12

*City, State, ZIP+4®*

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions