

**USPS TRACKING #**

9590 9402 5947 0062 1120 81

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box

Clerk, U.S. District Court
262 W. Nueva St., Room 1-400
San Antonio, TX 78207

SA-22-CV-1142-FB #12

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Raymond Kim
123 Arrow Oaks
San Antonio, TX 78249

9590 9402 5947 0062 1120 81

2. Article Number (Transfer from service label)
7020 0640 0000 5220 9234

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kim, Raymond
☐ Agent
☐ Addressee

B. Received by (Printed Name): Kim, Raymond
C. Date of Delivery: 6/5/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
JUN 8 2023
CLERK, U.S. DISTRICT COURT
WESTERN DIST. OF TEXAS
BY_____ DEPUTY CLERK

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt