IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **RAYMOND KIM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| V. ) | **CIVIL ACTION NO. SA-22-CA-01142-FB** |
| ) | |
| **BIBLE STUDY FELLOWSHIP, RUSS** ) | |
| **MANTZEL, RYAN DOUGLAS, BILL** ) | |
| **TZETZOS, ROMANA BISHOP, RICK** ) | |
| **MAZUR, SUSIE ROWEN, and CINDY** ) | |
| **LENARD,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge (docket no. 17) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that this case is DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure 4(m) and 41(b).

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 23rd day of August, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

.